**Fill in this information to identify the case:**

Debtor name: **Restland Memorial Parks, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**

Case number (if known): **18-24151**

■ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 BFS Capital**<br>Creditor's Name<br><br>**3301 N. University Dr. #300**<br>**Coral Springs, FL 33065**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**6441**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Small loan, lien on receivables**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $87,000.00 | $0.00 |
| **2.2 Bravo Capital**<br>Creditor's Name<br><br>**3415 Graystone Drive,**<br>**Suite 210**<br>**Austin, TX 78731**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**1238**<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**Equipment lease**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $7,000.00 | $0.00 |

| Debtor | **Restland Memorial Parks, Inc.** | Case number (if know) | **18-24151** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

**2.3** **Canon Financial Services, Inc.**
Creditor's Name

**158 Gaither Drive, Suite 200
Mount Laurel, NJ 08054**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
2576**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$12,066.04      $0.00

---

**2.4** **Cool Spring Granite Company**
Creditor's Name

**17482 Granite West Road
Cold Spring, MN 56320**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
2294**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$4,496.20      $0.00

---

**2.5** **EIN Cap**
Creditor's Name

**160 Pearl St.,5th Floor
New York, NY 10005**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Small loan, lien on receivables**

**Describe the lien**

$14,693.00      $0.00

---

| Debtor | **Restland Memorial Parks, Inc.** | Case number (if know) | **18-24151** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **First Commonwealth Bank of PA** | **Describe debtor's property that is subject to a lien** | $197,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**P.O. Box 537
Indiana, PA 15701**
Creditor's mailing address

**Describe the lien**
**Mortgage on Both Parcels**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6109**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Forward Financing** | **Describe debtor's property that is subject to a lien** | $7,919.27 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Small loan, UCC Lien** | | |

**100 Summer Street, Suite 1175
Boston, MA 02110**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| Debtor | **Restland Memorial Parks, Inc.** | Case number (if know) | **18-24151** |
|---|---|---|---|
| | Name | | |

| 2.8 | **Fred Vennie** | **Describe debtor's property that is subject to a lien** | **$790.89** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**129 Jeanette Drive**
**Verona, PA 15147**
Creditor's mailing address

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2881**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| 2.9 | **Wide Merchant Group** | **Describe debtor's property that is subject to a lien**<br>**Small loan, lien on receivables** | **$15,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**350 Willshire Blvd., Unit 160**
**Los Angeles, CA 90010**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0820**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.10 | **William J. & Barbara Howard** | **Describe debtor's property that is subject to a lien**<br>**990 Patton Street Ext.**<br>**2026 Lincoln Rd.** | **$153,554.64** | **$1,200,000.00** |
|---|---|---|---|---|

Creditor's Name

**255 Marr Rd.**
**Freedom, PA 15042**
Creditor's mailing address

**Describe the lien**
**Judgment Lien GD-18-008361**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06-28-18**

**Last 4 digits of account number**

| Debtor | **Restland Memorial Parks, Inc.** | Case number (if know) | **18-24151** |
|---|---|---|---|
| | Name | | |

**8361**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $499,520.04

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Huntingon Bank**<br>**P.O. Box 182519**<br>**Columbus, OH 43218** | Line **2.3** | |
| **Joseph S. Koval, Esquire**<br>**The Law Office of Joseph S.Koval, Esquir**<br>**160 Pearl St., Fl. 5**<br>**New York, NY 10005** | Line **2.5** | |
| **Stuart C. Gaul, Jr., Esquire**<br>**Goldblum Sablowsky, LLC**<br>**The Waterfront**<br>**285 East Waterfront Drive, Suite 160**<br>**Homestead, PA 15120** | Line **2.10** | |

**Fill in this information to identify the case:**

Debtor name: **Restland Memorial Parks, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**

Case number (if known): **18-24151**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   |   | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Allegheny County Real Estate Tax**<br>**c/o John Weinstein, Allegheny County Tre**<br>**P.O. Box 643385**<br>**Pittsburgh, PA 15264**<br><br>Date or dates debt was incurred<br>**2012**<br><br>Last 4 digits of account number **3076**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Tax Lien**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | | $436.42 | $0.00 |
| 2.2 | Priority creditor's name and mailing address<br>**Allegheny County Treasurer**<br>**Courthouse Room 108**<br>**436 Grant Street**<br>**Pittsburgh, PA 15219**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number **0346**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Property Taxes**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | | $773.30 | $0.00 |

Debtor **Restland Memorial Parks, Inc.**  Case number (if known) **18-24151**
Name

| 2.3 | Priority creditor's name and mailing address<br>**Commonwealth of PA**<br>**Department of Revenue**<br>**Bureau of Compliance**<br>**Department 280432**<br>**Harrisburg, PA 17128-0432** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Income Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Department of the Treasury**<br>**Internal Revenue Service**<br>**Philadelphia, PA 19255** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,000.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **P521**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Department of the Treasury**<br>**Internal Revenue Service**<br>**Philadelphia, PA 19255** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,046.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017** | Basis for the claim:<br>**Corporation tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Gateway School District**<br>**District Administrative Offices**<br>**Delinquent Real Estate Tax Dept.**<br>**Monroeville, PA 15146** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,594.43** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017** | Basis for the claim:<br>**School Distsrict Tax Lien** | | |
| | Last 4 digits of account number **1985**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Restland Memorial Parks, Inc.** | Case number (if known) | **18-24151** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address<br>**Gateway School District**<br>**District Administrative Offices**<br>**Delinquent Real Estate Tax Dept.**<br>**Monroeville, PA 15146** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,898.96** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2015** | Basis for the claim:<br>**School District Tax Lien** | | |
| | Last 4 digits of account number **0337**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Gateway School District**<br>**District Administrative Offices**<br>**Delinquent Real Estate Tax Dept.**<br>**Monroeville, PA 15146** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,594.43** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2015** | Basis for the claim:<br>**School Distsrict Tax Lien** | | |
| | Last 4 digits of account number **0358**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Patrick J. Fulkerson, Tax Collector**<br>**2700 Monroeville Blvd.**<br>**Monroeville, PA 15146** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,000.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**Battle and Onofrey**<br>**5301 Grove Rd., #M119**<br>**Pittsburgh, PA 15236** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **CPA Accountant**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Century Granite Company Inc.**<br>**P.O. Box 370**<br>**Elberton, GA 30635** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$21,001.76** |
|---|---|---|---|
| | Date(s) debt was incurred **2012**<br>Last 4 digits of account number **4766** | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | **Restland Memorial Parks, Inc.** | Case number (if known) | **18-24151** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**David J. Eckle, Esquire**<br>**244 Center Rd., Suite 202**<br>**Monroeville, PA 15146**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,204.91** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Everlasting Granite Memorial Company Inc**<br>**P.O. Box 536626**<br>**Pittsburgh, PA 15253**<br>Date(s) debt was incurred **2018**<br>Last 4 digits of account number **3228** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Contract**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$43,576.62** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Liberty Mutual**<br>**P.O. Box 2051**<br>**Keene, NH 03431**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Insurance**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,630.94** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Maillo Brungo & Maiello, LP**<br>**One Churchill Park**<br>**3301 McCrady Raod**<br>**Pittsburgh, PA 15235**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **5730** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Attorney fees**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,125.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Monroeville Borough**<br>**2700 Monroeville Blvd., 1st Fl.**<br>**Monroeville, PA 15146**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **6248** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$319.95** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Monroeville Borough**<br>**2700 Monroeville Blvd., 1st Fl.**<br>**Monroeville, PA 15146**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **1911** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$319.95** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Phoenix Bronze Resources**<br>**100 Steel St.**<br>**Aliquippa, PA 15001**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **K412** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Bronze memorials**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$40,000.00** |

| Debtor | **Restland Memorial Parks, Inc.** | Case number (if known) | **18-24151** |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | **PNC Bank** <br> **2730 Liberty Ave.** <br> **Pittsburgh, PA 15222** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **Line of credit from 2016** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$112,390.39** |
|---|---|---|---|
| | **PNC Bank N.A.** <br> **249 Fifth Avenue** <br> **Pittsburgh, PA 15222** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | **Date(s) debt was incurred** **2011** | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** **3305** | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **David J. Eckle, Esquire** <br> **244 Center Rd., Suite 202** <br> **Monroeville, PA 15146** | Line  **2.2** <br> ☐ Not listed. Explain ____ | __ |
| 4.2 | **Michael R. Lessa, Esquire** <br> **Amato Keating and Lessa, P.C.** <br> **1207 North Commerce Way** <br> **Bethlehem, PA 18017** | Line  **3.4** <br> ☐ Not listed. Explain ____ | __ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **42,343.54** |
| **5b. Total claims from Part 2** | 5b.  + | $ | **336,569.52** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | **378,913.06** |